

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street*
*White Plains, New York 10606*

December 21, 2022

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   *United States v. Matthew Chisholm*, 22 Mag. 10144

Dear Judge Davison,

    In light of the arrest of defendant Matthew Chisholm in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

So Ordered 12/21/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Kingdar Prussien*
    Kingdar Prussien
    Assistant United States Attorney
    (914) 993-1927

cc:  Elizabeth Quinn, Esq.